IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | MISC. ACTION NO. |
| v. | ) | 2:18mc3831-MHT |
| | ) | (WO) |
| ALABAMA STATE TREASURER, | ) | |
| | ) | |
| Garnishee, | ) | |
| | ) | |
| JOHN W. GOFF, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

It is ORDERED that the government's motion to dismiss (doc. no. 13) is granted, and the writ of garnishment entered against garnishee Alabama State Treasurer (doc. no. 2) is dismissed. All other pending motions are denied as moot.

This case is closed.

DONE, this the 4th day of October, 2019.

                                          /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**